**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| BRANDON DANIEL CIANCIO, | ) | Case 5:21-cv-00159-GTS-ATB |
| | ) | |
| *Plaintiff*, | ) | Glenn T. Suddaby |
| | ) | United States District Court Judge |
| vs. | ) | |
| | ) | Andrew T. Baxter |
| KILOLO KIJAKAZI,[1] | ) | United States Magistrate Judge |
| Acting Commissioner of the Social | ) | |
| Security Administration | ) | Stipulation – Document Filed Electronically |
| | ) | |
| *Defendant*. | ) | August 31, 2021 |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  Due to an error in the recording process during the administrative hearing, the Social Security Administration is unable to prepare the administrative record, and a de novo hearing and decision are necessary.  Since remand is ordered pursuant to the sixth sentence of 42 U.S.C. § 405(g), this Court retains jurisdiction and no Judgment needs to be entered at this time.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Brandon Daniel Ciancio, |
| By Her Attorneys | By His Attorney |

Antoinette T. Bacon,
Acting United States Attorney

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Jessica Richards* <br> Jessica Richards <br> Special Assistant United States Attorney <br> N.D.N.Y. Bar Roll No. 700996 <br> Social Security Administration <br> Office of the General Counsel <br> J.F.K. Federal Building, Room 625 <br> Boston, MA 02203 <br> (617) 565-1833 <br> jessica.richards@ssa.gov | */s/ Howard D. Olinsky* [2] <br> Howard D. Olinsky, Esq. <br> Olinsky Law Group <br> 250 S. Clinton Street, Suite 210 <br> Syracuse, NY 13202 <br> (315) 701-5780 <br> holinsky@windisability.com |

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: ___9/3/2021___
Syracuse, NY

---

[2] Signed by Jessica Richards with Howard D. Olinsky's permission via email on August 31, 2021.